FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 6 2011

GREGORY C. LANGHAM
                    CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00672-BNB

SCOTT WILLIAM DEUTY,

    Plaintiff,

v.

HEWLETT PACKARD CORPORATION, a Corporation employing People in Colorado,
CLINTON CONRADY, Individually and in his Capacity as Supervisor, AND
ROBERT FREDRICKSON, Individually and in his Capacity as a [sic] Employee and
    Manager,

    Defendants.

## ORDER TO SHOW CAUSE

Plaintiff, Scott William Deuty, initiated this action by submitting *pro se* a Title VII Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Deuty has been granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915.

After reviewing the Complaint, Magistrate Judge Boyd N. Boland on March 30, 2011, issued an Order directing Mr. Deuty to show cause within twenty days why this action should not be dismissed as duplicative of *Scott William Deuty v. Hewlett Packard Company, et al.*, Civil Action No. 10-cv-00562-WYD-KMT. Mr. Deuty has not filed a response to the Order to Show Cause.

The Court must construe Mr. Deuty's filings liberally because he is representing himself. **See *Haines v. Kerner*,** 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon*,** 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se*

litigant's advocate. *Hall*, 935 F.2d at 1110.  For the reasons stated below, this action will be dismissed without prejudice.

As stated in the Order to Show Cause, Mr. Deuty's Title VII Complaint in this action substantially duplicates the claims that he asserts in *Scott William Deuty v. Hewlett Packard Company, et al.*, Civil Action No. 10-cv-00562-WYD-KMT.  "[G]enerally, a suit is duplicative if the claims, parties, and available relief do not significantly differ between the two actions." *Serlin v. Arthur Andersen & Co.*, 3 F.3d 221, 223 (7th Cir.1993) (internal quotation marks and citation omitted).  A duplicative suit may be dismissed for reasons of "wise judicial administration." *Serlin*, 3 F.3d at 223 (quoting *Ridge Gold Standard Liquors v. Joseph E. Seagram*, 572 F. Supp. 1210, 1213 (N.D. Ill. 1983) (citing *Colorado River Water Conservation District v. United States*, 424 U.S. 800, 817 (1976)); *Curtis v. Citibank, N.A.*, 226 F.3d 133, 138 (2d Cir. 2000) (district court may dismiss a suit that is duplicative of another federal court suit); *accord Williams v. Madden*, Case No. 00-1130, 2001 WL 661086 at *1 and n.1 (10th Cir. June 13, 2001) (unpublished opinion) (stating that the court has the authority to dismiss "repetitious litigation reasserting virtually identical causes of action").

The Title VII Complaints in the two actions involve similar parties, assert the same claims under federal and state law, and seek the same remedies.  Although the Complaint in this action includes two parties that are not named in Civil Action No. 10-cv-00562-WYD-KMT, that alone is not a sufficient basis to maintain two separate suits.  Further, because Mr. Deuty has not responded to the Order to Show Cause, he apparently does not dispute that this action is duplicative of his currently pending action,

10-cv-00562-WYD-KMT. Therefore, the Court finds this action is repetitious and unnecessary, and it will be dismissed without prejudice. Accordingly, it is

ORDERED that this action is dismissed without prejudice as duplicative of *Scott William Deuty v. Hewlett Packard Company, et al.*, Civil Action No. 10-cv-00562-WYD-KMT. It is

FURTHER ORDERED that the clerk of the Court file a copy of this Order in *Scott William Deuty v. Hewlett Packard Company, et al.*, Civil Action No. 10-cv-00562-WYD-KMT.

DATED at Denver, Colorado, this 26th day of April, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK
District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00672-BNB

Scott William Deuty
2313 E. Kechter Rd.
Fort Collins, CO 80528

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on April 26, 2011.

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                      Deputy Clerk